IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH E. SMITH ,

      Petitioner,

v.

CHRIS BUESGEN,[1]

      Respondent.

ORDER

Case No.  24-cv-497-jdp

---

Petitioner Joseph E. Smith seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 14, 2024.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 22, 2024 through the date of the petition, July 22, 2024.

ORDER

IT IS ORDERED that:

      1.      Petitioner Joseph E. Smith may have until August 14, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

---

[1] I have amended the case caption to replace respondent DOC Wisconsin with Chris Buesgen, the current warden of Stanley Correctional Institution.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 14, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of July, 2024.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge